TRUSTEES OF COUNTRY POINT ESTATES, Respondent,

v.

Craig WALTERS and Christine Walters, Appellants.

No. 71888.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 13, 1998.

Rehearing Denied March 18, 1998.

G. William Wynne, Jr., Lacks, Newman & Cohen, Clayton, for appellants.

Malaine P. Hagemeier, Pelikan, Ehlmann & Guiness, St. Charles, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellants, Craig Walters and Christine Walters, appeal from the judgment entered by the Circuit Court of St. Charles County, granting a permanent injunction in favor of respondent, Trustees of Country Point Estates. We affirm.[1]

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

Harold CARBAUGH, Appellant,

v.

TREASURER OF THE STATE OF MISSOURI, Custodian of the Second Injury Fund, Respondent.

No. 71993.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 20, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 18, 1998.

Murray Stone, Cohen, Stone, Rich & Fiore, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Vicky L. Anthony, Asst. Atty. Gen., St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI, and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Harold Carbaugh, appeals the Final Award of the Labor and Industrial Relations Commission entered in favor of respondent, the Treasurer of the State of Missouri as Custodian of the Second Injury Fund, denying his claim for compensation. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the award is supported by substantial and competent evidence and is not against the weight of the evidence based on the record as a whole. As an extended opinion would serve no jurisprudential purpose, we affirm the award pursuant to Rule 84.16(b).

1. Respondent's Motion and Supplemental Motion for Payment of Attorney's Fees on Appeal are denied.